UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDITH CENTENO,
                              Plaintiff,

                24 Civ. 4729 (LGS)

           -against-

                ORDER

NATIONAL RAILROAD PASSENGER CORP.
d/b/a AMTRAK et al,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 15, 2024, required the parties to file a proposed case management plan and joint letter by August 21, 2024;

WHEREAS, the initial pretrial conference is currently scheduled for August 28, 2024, at 4:00 P.M.;

WHEREAS, the parties failed to file the proposed case management plan. It is hereby

**ORDERED** the parties shall file a proposed case management plan as soon as possible and no later than **August 26, 2024, at 12:00 P.M.**

Dated: August 22, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE