UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDITH CENTENO,
                                  Plaintiff,

                    24 Civ. 4729 (LGS)

-against-

                    ORDER

NATIONAL RAILROAD PASSENGER CORP.
d/b/a AMTRAK et al.,
                                Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated August 27, 2024, required the parties to file a status letter on October 25, 2024, as outlined in Individual Rule III.D.3;

      WHEREAS, the parties failed to submit the letter.  It is hereby

      **ORDERED** that, by **November 12, 2024**, the parties shall file the joint letter.

Dated: November 5, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE